EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* NATALIO PELLOT, acusado y apelante.

No. 5511.—*Sometido:* Junio 14, 1934. *Resuelto:* Julio 3, 1934.

*José Veray, Jr.,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Cierto día Esteban Soto y Natalio Pellot sostuvieron una riña. Durante la noche del mismo día mientras Soto se hallaba sentado en su casa oyó que le llamaban y salió a la carretera armado de un mocho. Soto tuvo que pasar por debajo de una cerca de alambre. Al otro lado estaban Natalio Pellot y su hermano. Entonces, según el resumen de la prueba hecho por la corte inferior, mientras Soto pasaba por debajo de la cerca, Pellot le agredió con una tranca y le tumbó el mocho de la mano. El arma, según la corte, fué recogida por su hermano y Pellot continuó agrediendo a Soto después de estar inerme. Las heridas producidas fueron de carácter grave. La corte inferior resolvió en efecto que al atacar a un hombre desarmado, como lo estaba Soto, el acusado no actuó, según sostenía, en defensa propia. La versión del acusado era distinta.

La prueba tiende a sostener las conclusiones de la corte inferior.

*La sentencia apelada debe ser confirmada.*